IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Criminal Action:  13-cr-00166-RBJ | Date:  May 13, 2014 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kara Spitler |
| Interpreter:  N/A | Probation:  Laura Ansart |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *James R. Boma* |
| v. | |
| 2.  JOSE ARMANDO MEDINA<br>**Defendant(s)** | *Lester Nieves* |

## COURTROOM MINUTES

**SENTENCING HEARING**

**Court in session:**   1:12 p.m.

Appearances of counsel.

Defendant present in custody.

Argument given on sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

**ORDERED:**   Defendant shall be **imprisoned** for **120 months** as to Counts One and Two of the Indictment, to be served concurrently.

Upon release from imprisonment, the defendant shall be placed on **supervised release** for a period of **5 years** as to Counts One and Two of the Indictment, to be served concurrently.  Supervised release term is to serve as a deterrent based upon the assumption that the defendant will be deported.

**ORDERED:**  [91] Government's Motion for Defendant to Receive the Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1(b) is GRANTED.

[96] Jose A. Medina's Motion for Variance From a Guideline Sentence is GRANTED.

Court RECOMMENDS that defendant receive credit for all time served in federal custody on this case, 396 days.

Court RECOMMENDS that the Bureau of Prisons place the defendant at a facility in Colorado.

**ORDERED:**  **Conditions** of Supervised Release that:
- (**X**) Defendant shall not commit another federal, state or local crime.
- (**X**) Defendant shall not possess a firearm or destructive device.
- (**X**) Defendant shall not illegally possess controlled substances. Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (**X**) Defendant shall cooperate in the collection of a DNA sample from the defendant as directed by the probation officer.

**ORDERED:**  **Special Condition** of Supervised Release that:
- (**X**) If the defendant is deported, he shall not thereafter re-enter the United States illegally. If the defendant re-enters the United States legally, he shall report to the nearest U.S. Probation Office within 72 hours of his return.

**ORDERED:**  Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) as to each count, to be paid immediately.

Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

Remaining counts are DISMISSED.

Defendant is **REMANDED** to the custody of the U.S. Marshal.

**Court in recess:** 1:30 p.m.          Hearing concluded.          Total time:     00:18